No. M–36. SHERMAN v. SHERMAN ET AL. Motion for reconsideration of order denying motion to direct the Clerk to file petition for writ of certiorari out of time [*ante*, p. 1073] denied.

No. M–45. JOERGER v. RENO, ATTORNEY GENERAL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 97–300. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. v. MARTINEZ-VILLAREAL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 912.] Motion for appointment of counsel granted, and it is ordered that Sean D. O'Brien, Esq., of Kansas City, Mo., be appointed to serve as counsel for respondent in this case.

No. 97–634. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. v. YESKEY. C. A. 3d Cir. [Certiorari granted, *ante*, p. 1086.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 97–956. LUFTHANSA GERMAN AIRLINES v. KRYS ET UX., *ante*, p. 1111. Motion of respondents for attorney's fees denied.

No. 97–7737. IN RE RODRIGUEZ;
No. 97–7785. IN RE WADE;
No. 97–7801. IN RE SADLIER;
No. 97–7802. IN RE SADLIER; and
No. 97–7835. IN RE LeBLANC. Petitions for writs of habeas corpus denied.

No. 97–889. WRIGHT v. UNIVERSAL MARITIME SERVICE CORP. ET AL. C. A. 4th Cir. Certiorari granted.

No. 96–2018. AEDC FEDERAL CREDIT UNION ET AL. v. FIRST CITY BANK ET AL.; and

No. 97–100. NATIONAL CREDIT UNION ADMINISTRATION v. FIRST CITY BANK ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 111 F. 3d 433.